same type of work that would otherwise have been performed by Employer's own (union) employees. This is the paradigm case for application of section 287.040.1 RSMo 1994.

Appeal dismissed. Pursuant to Rule 84.19, we further award $2,500.00 in damages to Employee, to be paid by Employer no later than 10 days after issuance of the mandate of this court. Employer shall obtain and file a receipt therefor with the clerk of this court within five days thereafter.

JAMES R. DOWD, P.J. and RICHARD B. TEITELMAN, J., concur.

We have reviewed the briefs of the parties, the legal file, and the transcript and find the judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence, and does not erroneously declare or apply the law. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).

**Terry MARTIN, Claimant–Appellant,**

v.

**LYN–FLEX WEST, INC., Employer–Respondent,**

and

**Division of Employment Security, Respondent.**

No. 73981.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 8, 1998.

**Joseph N. BECK, Jr., Appellant,**

v.

**Mike BOWERSOX and Gary Reed, Respondents.**

No. ED 74060.

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 8, 1998.

Joseph N. Beck, Jr., Mineral Point, pro se.

John F. Brink, Asst. Atty. Gen., St. Louis, for respondents.

Before HOFF, P.J., GARY M. GAERTNER, and RHODES RUSSELL, JJ.

ORDER

PER CURIAM.

Appellant, Joseph N. Beck, Jr., appeals the judgment of the Circuit Court of Washington County dismissing appellant's replevin action against respondents, Mike Bowersox and Gary Reed. We affirm.

John L. Woodward, Cuba, for appellant.

Lyn–Flex West, Inc., Owensville, Alan J. Downs, St. Louis, for respondents.

Before PAUL J. SIMON, P.J., KATHIANNE KNAUP CRANE, and LAWRENCE E. MOONEY, JJ.

ORDER

PER CURIAM.

Claimant Terry Martin appeals from an unemployment compensation award issued by the Labor and Industrial Relations Commission.